PARISI BROTHERS, INC., Appellant, v. ERNEST NARDONE et al., Doing Business under the Name of MARIE BAKERIES, et al., Respondents.— Action for goods sold and delivered of the agreed price and reasonable value of $441.98. Defendants pleaded a general denial, but admitted that they owed plaintiff $46.48 for merchandise received. The answer also alleged that before suit defendants tendered payment to plaintiff of $46.48, which plaintiff refused. On the trial defendants conceded that only one item of $390 was in dispute. It is conceded that after suit defendants paid into court, pursuant to court order, $51.98, plus interest and costs to date, which was not accepted by plaintiff. The action was tried by the court, without a jury, and resulted in a decision for defendants dismissing the complaint. Judgment reversed on the law and the facts, without costs, and judgment directed for plaintiff and against defendants for $51.98, plus interest and costs to the date of payment into court. The findings of fact are affirmed, and a new finding is made that defendants in their answer admitted owing plaintiff $46.48 for merchandise received, and on the trial conceded that only one item of $390 was in dispute. In view of the admission in the answer and the concession on the trial, it was error to have dismissed the complaint. As defendants paid into court the amount of their admitted indebtedness, plus interest and costs to date, which was not accepted by plaintiff, and plaintiff has ultimately recovered judgment, section 173 of the Civil Practice Act, in effect at the time of trial, is applicable. Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur. [See *post,* p. 846.]

ROBERT POWELL, Respondent, v. CITY OF NEW YORK, Appellant.— Action to recover damages for personal injuries sustained as the result of the alleged negligence of defendant in removing snow and ice from a stairway leading from an elevated train platform. Judgment unanimously affirmed, with costs. No opinion. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

SECONDINO RISIO, Respondent, v. CORNWALL PAPER MILLS Co., Appellant.— In this action to recover damages for fraud and wrongful discharge, a verdict was rendered in favor of defendant on the cause for fraud and in favor of plaintiff on the cause for wrongful discharge. The appeal is by defendant from the ensuing judgment, insofar as it is in favor of plaintiff. Judgment, insofar as appealed from, affirmed, with costs. No opinion. Nolan, P. J., Carswell, Johnston and MacCrate, JJ., concur; Wenzel, J., dissents and votes to reverse the judgment and to dismiss the complaint, with the following memorandum: There was no evidence of the making of an agreement which was binding on defendant that plaintiff's employment was other than one terminable at will. Any of the alleged assurances by the president that plaintiff's employment would continue "as long as I stay here" were personal promises on his part. If I were not voting to dismiss the complaint, I would vote to grant a new trial on the grounds that the verdict was contrary to the weight of the credible evidence and that the trial court's charge to the jury that certain of defendant's witnesses, employees of defendant, were interested witnesses was erroneous.